IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Darrell Lee Bailey, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 3:07-4029-HMH-JRM |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Richland County Sheriff Department, | ) | |
| Alvin S. Glenn Detention Center, | ) | |
| and Investigator Wagner, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court with the Report and Recommendation of United States Magistrate Judge Joseph R. McCrorey, made in accordance with 28 U.S.C. § 636(b)(1) (2006) and Local Civil Rule 73.02 of the District of South Carolina.  Darrell Lee Bailey, Sr. ("Bailey"), a detainee at the Newberry County Detention Center proceeding pro se, brought an action under 42 U.S.C. § 1983 alleging various violations to his civil rights arising from his previous detention at the Alvin S. Glenn Detention Center ("AGDC").  In his Report and Recommendation, Magistrate Judge McCrorey recommends partially dismissing the complaint without prejudice and without issuance and service of process as to the Richland County Sheriff's Department and the AGDC only.

  Bailey filed objections to the Report and Recommendation.  Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge.  See United States v. Schronce, 727 F.2d 91, 94 & n.4 (4th Cir. 1984).  In the absence of specific objections to the Report and

1

Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

Upon review, the court finds that Bailey's objections are non-specific, unrelated to the dispositive portions of the Magistrate Judge's Report and Recommendation, or merely restate his claims.  Therefore, after a thorough review of the Magistrate Judge's Report and the record in this case, the court adopts Magistrate Judge McCrorey's Report and Recommendation.

Therefore, it is

**ORDERED** that Bailey's complaint is partially dismissed without prejudice and without issuance and service of process as to the Richland County Sheriff's Department and the Alvin S. Glenn Detention Center only.

**IT IS SO ORDERED**.

> s/Henry M. Herlong, Jr.
> United States District Judge

Greenville, South Carolina
February 4, 2008

### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.